Official Form 17
(12/04)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _Refco et al._, Debtor

Case No. _05-60006 (RDD)_

Chapter _11_

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

_Carmen Olivetti,_
_Mark Resnick_
_Rene´ Bilodeau_
_Paul Palley_

## NOTICE OF APPEAL

_____, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the _24_ day of _April_, _2007_.
(month) (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: _24 April 2007_

Signed: _____
Attorney for Appellant (or Appellant, if not represented by an Attorney)

RECEIVED APR 30 2007

Attorney Name: _Mark Resnick_

Address: _2525 Arapahoe Rd, #289_
_Boulder, CO  80302_

Telephone No: _(303) 885 5222_

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*