UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **David Bilodeau**<br>1050-1 Gilles-Hocquart<br>Boucherville, Québec, Canada<br>J4B 8J6<br>Tel: 450-449-1598 | 2891 Motions for Claim.<br>Proof of Claim # 14119 |
| **4218698 Canada Inc. / David Bilodeau**<br>1050-1 Gilles-Hocquart<br>Boucherville, Québec, Canada<br>J4B 8J6<br>Tel: 450-449-1598 | 2892 Motions for Claim.<br>Proof of Claim # 14117 |
| **9016-2355 Québec inc. / René Bilodeau**<br>1050-1 Gilles-Hocquart<br>Boucherville, Québec, Canada<br>J4B 8J6<br>Tel: 450-449-1598 | 2893 Motions for Claim.<br>Proof of Claim # 14118 |

In re: Refco et al. Debtors.
Chapter 11
Case No. 05-60006 (RDD)



## AMENDED NOTICE OF APPEAL
### THIS AMENDED NOTICE OF APPEAL REPLACE THE PREVIOUS ONE MADE FOR THE FOLLOWING GROUP: RENE BILODEAU, PAUL PALLEY, MARK RESNICK & CARMEN OLIVETTI

### THE PLAINTIFS APPEAL UNDER 28 U.S.C. 158 (a) or (b) FROM THE ORDER OF THE BANKRUPTCY JUDGE, HONORABLE ROBERT D. DRAIN, TO DISALLOW OUR REQUESTS FOR PAYMENT OF ADMINISTRATIVE CLAIMS RELATED TO POST PETITION INCREASE IN OUR FXA CLIENT ACCOUNT BALANCES

Signed: _____         Signed: _____
David Bilodeau                                         4218698 Canada Inc. / David Bilodeau

Signed: _____
9016-2355 Québec inc. / René Bilodeau

Dated: May 7th, 2007